UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RANDY SWINSON,

                Petitioner,

-against-

CY VANCE; CYNTHIA BRANN; JOSEPH FUCITO,

                Respondents.

20-CV-3091 (LLS)

ORDER OF DISMISSAL

LOUIS L. STANTON, United States District Judge:

      By order dated April 27, 2020, the Court held that even if Petitioner could still be considered in custody on his 2013 New York County conviction, his petition for a writ of *habeas corpus* under 28 U.S.C. § 2254 challenging that conviction appeared to be untimely. The Court directed Petitioner to file a declaration within sixty days showing cause why the petition should not be dismissed as time-barred.[1] That order specified that failure to comply would result in dismissal of the petition as time-barred.

      Petitioner has not filed a declaration or otherwise responded. Accordingly, the petition, filed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1), is dismissed as time-barred. The Clerk of Court is directed to mail a copy of this order to Petitioner and note service on the docket.

SO ORDERED.

Dated:   August 3, 2020
          New York, New York

                                                  Louis L. Stanton
                                                  U.S.D.J.

---

[1] The Clerk's Office mailed the order to Petitioner on June 5, 2020, and according to public records, he remains incarcerated at the Manhattan Detention Complex.