UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RANDY SWINSON,<br><br>                    Petitioner,<br><br>         -against-<br><br>CY VANCE; CYNTHIA BRANN; JOSEPH FUCITO,<br><br>                    Respondents. | 20-CV-3091 (LLS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued August 3, 2020, dismissing the petition,

IT IS ORDERED, ADJUDGED AND DECREED that the petition is dismissed as time-barred.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Petitioner and note service on the docket.

SO ORDERED.

Dated:   August 3, 2020
         New York, New York

                                                            _____Louis L. Stanton_____
                                                                 Louis L. Stanton
                                                                      U.S.D.J.